**Surjit P. Soni**
surj@sonilaw.com
**M. Danton Richardson**
danton@sonilaw.com
THE SONI LAW FIRM
116 South Euclid Ave.
Pasadena, California  91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

      Attorneys for Defendant Bibiji Inderjit Kaur Puri

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| GOLDEN TEMPLE OF OREGON, LLC, An Oregon Limited Liability Company, <br><br>      Plaintiff,<br><br>v.<br><br><br>BIBIJI INDERJIT KAUR PURI, an individual; and SOPURKH KAUR KHALSA, SHAKTI PARWHA KAUR KHALSA, and EK ONG KAR KAUR KHALSA, as co-trustee of the YOGI BHAJAN ADMINISTRATIVE TRUST<br><br>      Defendants, | Case No. 3:11-cv-01358-HZ<br><br>**NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS** |

      Pursuant to Local Rule 83-10, please be advised that counsel for Defendant Bibiji Inderjit Kaur Puri, has a new business address as follows:

Surjit P. Soni, Esq.
The Soni Law Firm
116 South Euclid Avenue
Pasadena, CA 91101.

All other contact information remains the same.

DATED this 1st day of December, 2014.          /s/ Surjit P. Soni
                                                                                          **Surjit P. Soni**
                                                                                         surj@sonilaw.com
                                                                                        **M. Danton Richardson**
                                                                                        danton@sonilaw.com
                                                                                        THE SONI LAW FIRM
                                                                                        116 South Euclid Avenue
                                                                                        Pasadena, California  91101
                                                                                        (626) 683-7600 Telephone
                                                                                        (626) 683-1199 Fax

**NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS**
2

CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2014, I caused a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Loren S. Scott, OSB #024502  
lscott@scott-law-group.com  
THE SCOTT LAW GROUP  
497 Oakway Rd., Suite 245  
Eugene, OR 97401  

John F. McGrory, Jr., OSB 813115  
johnmcgrory@dwt.com  
Joseph M. VanLeuven, OSB 824189  
joevanleuven@dwt.com  
DAVIS WRIGHT TREMAINE LLP  
1300 SW Fifth Avenue, Suite 2400  
Portland, OR 97201-5610  
Telephone: (503) 241-2300  
Facsimile: (503) 778-5299  

Maureen A. Sanders  
Sanders & Westbrook, P.C.  
102 Granite Ave. NW  
Albuquerque, NM 87102-2310  
Fax: 503-243-2750  
m.sanderswestbrook@qwestoffice.net  

[ ] (BY MAIL)  
[ ] (PERSONAL SERVICE)  

[X] (VIA ELECTRONIC MAIL)  

  Executed on December 1, 2014, at Pasadena, California.

             /s/ Cassandra Scardino  
             Cassandra Scardino